IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARIUS DICKERSON,

    Plaintiff,

v.

OZAUKEE COUNTY SHERIFF DEPT.,
OZAUKEE COUNTY SHERIFF OFFICERS
INVOLVED, WISCONSIN DEPARTMENT
OF TRANSPORTATION, HOSPITAL IN
PORT WASHINGTON, WI, DR. JANE OR
JOHN DOE, NURSE JANE OR JOHN DOE,
NURSE PRACTITIONER JANE OR JOHN
DOE, JOHN DOE DRIVER, and DRIVER'S
INSURANCE COMPANY,

    Defendants.

ORDER

Case No. 25-cv-022-jdp

Plaintiff Darius Dickerson has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than February 4, 2025. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Darius Dickerson may have until February 4, 2025 to submit a certified trust fund account statement for the period beginning approximately July 14, 2024 and ending approximately January 14, 2025.  If plaintiff fails to respond to this order by February 4, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 14th day of January, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge